# **CERTIFICATION**

**FILED**

**MAR 13 2018**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

RE:   Travis Heffley
      17225-097
      18-cv-140-JPG

I, __Travis Heffley      Myself__, hereby certify that
(Name and Title of Authorized Officer - please print)

Travis Heffley currently has the sum of $ __-1.49__ on account at FCI-Otisville.

_____
Signature of Authorized Officer

Dated: __3-6-18__

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

Please mail the statement and this completed form to:
Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62201

PS-17
Rev. 11/13

ViewAllTransCowloaded

## All Transactions

🖨 PRINT

| Inmate Reg #: | 17225097 | Current Institution: | Otisville FCI |
| Inmate Name: | HEFFLEY, TRAVIS | Housing Unit: | OTV-G-A |
| Report Date: | 02/27/2018 | Living Quarters: | G01-100U |
| Report Time: | 10:25:51 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/18/2017 8:14:37 AM | Sales - No FP (Non-FP Session) | $0.00 | 17 | | $1.49 |
| 8/7/2017 1:33:01 PM | Debt Encumbrance | ($1.49) | SICD0817 - 1495 | | |
| 8/4/2017 6:44:32 AM | Sales - Fingerprint | ($1.95) | 23 | | $1.49 |
| 8/1/2017 12:31:52 PM | TRUL Withdrawal | ($2.00) | TL0801 | | $3.44 |
| 8/1/2017 6:54:39 AM | Sales - Fingerprint | ($64.90) | 13 | | $5.44 |
| 7/31/2017 5:41:34 PM | TRUL Withdrawal | ($2.00) | TL0731 | | $70.34 |
| 7/31/2017 10:23:39 AM | TRUL Withdrawal | ($2.00) | TL0731 | | $72.34 |
| 7/31/2017 12:10:12 AM | Inmate Co-pay | ($2.00) | SICD0717 | | $74.34 |
| 7/31/2017 12:10:12 AM | Debt Encumbrance - Released | $0.66 | SICD0717 - 1420 | | |
| 7/31/2017 12:10:12 AM | Debt Encumbrance - Released | $1.34 | SICD0717 - 1366 | | |
| 7/30/2017 5:05:34 PM | Debt Encumbrance | ($0.66) | SICD0717 - 1420 | | |
| 7/30/2017 5:05:34 PM | Western Union | $75.00 | 33317211 | | $76.34 |
| 7/18/2017 8:23:24 AM | Debt Encumbrance | ($1.34) | SICD0717 - 1366 | | |
| 7/18/2017 6:45:59 AM | Sales - Fingerprint | ($2.00) | 16 | | $1.34 |
| 7/16/2017 11:46:27 AM | TRUL Withdrawal | $1.35 | TL0716 | | $3.34 |
| 7/15/2017 9:15:00 AM | TRUL Withdrawal | $1.95 | TL0715 | | $1.99 |
| 7/14/2017 8:08:38 PM | TRUL Withdrawal | ($2.00) | TL0714 | | $0.04 |
| 7/14/2017 6:47:57 AM | Sales - Fingerprint | ($1.60) | 30 | | $2.04 |
| 7/11/2017 6:51:57 AM | Sales - Fingerprint | ($6.57) | 18 | | $3.64 |
| 7/7/2017 6:43:13 AM | Sales - Fingerprint | ($2.40) | 13 | | $10.21 |
| 7/3/2017 11:52:03 AM | Sales - Fingerprint | ($48.90) | 96 | | $12.61 |
| 7/2/2017 2:36:04 PM | TRUL Withdrawal | ($2.00) | TL0702 | | $61.51 |
| 7/1/2017 7:08:24 PM | TRUL Withdrawal | ($10.00) | TL0701 | | $63.51 |
| 7/1/2017 6:03:26 PM | Phone Withdrawal | ($2.00) | TFN0701 | | $73.51 |
| 7/1/2017 2:05:38 PM | Western Union | $75.00 | 33317182 | | $75.51 |
| 6/30/2017 6:48:27 AM | Sales - Fingerprint | ($3.20) | 13 | | $0.51 |
| 6/28/2017 6:03:21 AM | BP 199 Request - Released | $3.50 | 1207 | | |
| 6/20/2017 6:33:17 PM | BP 199 Request | ($3.50) | 1207 | | |
| 6/20/2017 6:32:26 PM | TRUL Withdrawal | $1.85 | TL0620 | | $3.71 |
| 6/20/2017 5:38:33 PM | TRUL Withdrawal | ($2.00) | TL0620 | | $1.86 |
| 6/20/2017 4:38:53 PM | BP 199 Request - Released | $3.50 | 1192 | | |
| 6/19/2017 6:48:54 AM | Sales - Fingerprint | ($1.47) | 20 | | $3.86 |
| 6/18/2017 12:40:45 PM | TRUL Withdrawal | $0.70 | TL0618 | | $5.33 |
| 6/18/2017 12:39:50 PM | BP 199 Request | ($3.50) | 1192 | | |
| 6/17/2017 12:04:55 PM | Phone Withdrawal | ($2.00) | TFN0617 | | $4.63 |
| 6/16/2017 8:12:20 AM | TRUL Withdrawal | ($5.00) | TL0616 | | $6.63 |
| 6/16/2017 6:47:25 AM | Sales - Fingerprint | ($5.10) | 12 | | $11.63 |
| 6/16/2017 6:45:43 AM | Sales - Fingerprint | ($24.86) | 11 | | $16.73 |
| 6/15/2017 9:13:53 PM | TRUL Withdrawal | ($5.00) | TL0615 | | $41.59 |
| 6/13/2017 9:30:19 AM | Phone Withdrawal | ($2.00) | TFN0613 | | $46.59 |
| 6/13/2017 12:10:27 AM | Inmate Co-pay | ($2.00) | SICD0617 | | $48.59 |
| 6/13/2017 12:10:27 AM | Debt Encumbrance - Released | $1.46 | SICD0617 - 1165 | | |
| 6/13/2017 12:10:27 AM | Debt Encumbrance - Released | $0.54 | SICD0617 - 1156 | | |
| 6/12/2017 1:05:23 PM | Debt Encumbrance | ($1.46) | SICD0617 - 1165 | | |
| 6/12/2017 1:05:23 PM | Western Union | $50.00 | 33317163 | | $50.59 |
| 6/11/2017 7:54:36 AM | TRUL Withdrawal | $0.05 | TL0611 | | $0.59 |
| 6/8/2017 8:59:53 AM | Debt Encumbrance | ($0.54) | SICD0617 - 1156 | | |
| 6/7/2017 3:20:24 AM | Transfer - In from TRUFACS | $0.54 | TX060717 | | $0.54 |

1

NAME: Travis Heffley
REGISTER NO. 17225097
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OTISVILLE, NY 10963

United States District Court
PO Box 249
East St. Louis Illinois 62202

CLERK OF THE COURT



RECEIVED
MAR 13 2018
CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

FEDERAL CORRECTIONAL INSTITUTION
OTISVILLE, NY 10963
DATE: 3/8/18
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question of problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the address above.